

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Derrick U Dennis, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

Samuel Hubbard Shoe Company, LLC.,
Defendant.

Case No. 1:19-cv-00686

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Queens, New York
         April 24, 2019

So ordered.
s/Nicholas G. Garaufis
4/24/19

Respectfully submitted,

By: /s/Jonathan Shalom
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jshalom@JonathanShalomLaw.com
*Attorneys for Plaintiff*